UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 23-53506-lrc |
| SCOTT LOUIS POWER, | CHAPTER 7 |
| Debtor. | |

### MOTION TO RECONSIDER ORDER OF DISMISSAL FOR FAILURE TO PAY FILING FEES PURSUANT TO BR 9024 AND BLR 9023-1

**COMES NOW** Scott Louis Power, Debtor in the above-styled Chapter 7 case, and through counsel files this *Motion to Reconsider Order of Dismissal for Failure to Pay Filing Fees Pursuant to BR 9024 and BLR 9023-1*, showing to this Honorable Court the following:

1. This Motion is brought pursuant to Rule 9024 Fed. R. Bankr. P. and 11 U.S.C. Section 105(a). This Motion is being filed within fourteen (14) days of the Order of Dismissal as required by BLR 9023-1.

2. Debtor filed a voluntary petition for relief in the instant Chapter 7 case on April 13, 2023. The Chapter 7 case was subsequently dismissed on June 21, 2023.

3. Debtor requested to pay the filing fee in installments which an Order granting the application was entered on April 17, 2023. (Doc. No. 6). Debtor did not realize the payment was due.

4. Debtor respectfully requests that this Honorable Court reconsider and vacate the Order of Dismissal in this case on the following grounds.

5. Debtor has now paid the filing fee.

6. The interests of justice and the facilitation of Debtor's financial reorganization would best be served by the continuation of the present Chapter 7 proceeding. Debtor respectfully requests the opportunity to prosecute this case and complete the Plan of financial reorganization.

**WHEREFORE**, Debtor prays:

(a) that this Motion be filed, read, and considered;

(b) that this Honorable Court grant this Motion; vacate the Order of Dismissal; and reinstate this Chapter 7 case; and

(c) that this Honorable Court grant such other and further relief as it deems just and proper.

Respectfully submitted,
/s/_____
Jessica Doulgas Ga Bar 340570
Attorney for Debtor

Clark & Washington, LLC
3300 Northeast Expwy Bldg 3
Atlanta, GA 30341
Phone: 404-522-2222
Fax: 770-220-0685
Email: ecfnotices@cw13.com

## **CERTIFICATE OF SERVICE**

     I, the undersigned, certify that I am over the age of 18 and that on this date I served a copy of the foregoing *Motion to Reconsider Order of Dismissal* by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

| | |
|---|---|
| Scott Power<br>718 Larspur Blvd<br>Acworth, GA 30102 | Jordan E. Lubin, Chapter 7 Trustee<br>Lubin Law, P.C.<br>Building 2<br>8325 Dunwoody Place<br>Atlanta, GA 30350-3307 |

     And, in the same manner, I served the parties listed in the attached matrix by mailing copies of the foregoing Motion to the addresses indicated therein.

Dated: 7/5/2023

Respectfully submitted,

/s/ _____

Jason B. Lutz, GA Bar No. 670673

Attorney for Debtor

Clark & Washington, LLC
3300 Northeast Expwy Bldg 3
Atlanta, GA 30341
Phone:  404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

```
Label Matrix for local noticing          AFNI, Inc                                Anna R Lauri
113E-1                                   c/o AFNI Inc                             20 E. Thomas Rd
Case 23-53506-lrc                        P. O. Box 3097                           Suite 2200
Northern District of Georgia             Bloomington, IL 61702-3097               949)- 813 - 9144
Atlanta                                                                           Phoenix, AZ 85012
Wed Jul  5 11:37:15 EDT 2023

BUDDY S HOME FURNISHINGS                 Bureau Of Medical Economics              Caine & Weiner
2121 Americana Blvd                      Attn: Bankruptcy                         Attn: Bankruptcy
Orlando, FL 32839-2174                   Po Box 20247                             5805 Sepulveda Blvd
                                         Phoenix, AZ 85036-0247                   Sherman Oaks, CA 91411-2546


Capital One                              Citibank                                 E. L. Clark
Po Box 31293                             Po Box 6217                              Clark & Washington, LLC
Salt Lake City, UT 84131-0293            Sioux Falls, SD 57117-6217               Bldg. 3
                                                                                  3300 Northeast Expwy.
                                                                                  Atlanta, GA 30341-3932


Cobb EMC                                 Colonial Auto Finance/America's Car-Mar  Credit One Bank
P.O. Box 369                             802 Se Plaza Ave                         Attn: Bankruptcy Department
Marietta, GA 30061-0369                  Bentonville, AR 72712-7772               Po Box 98873
                                                                                  Las Vegas, NV 89193-8873


Enhanced Recovery Company                Farmers Insurance Group                  First FRANKLIN SERVICES, INC
Attn: Bankruptcy                         6301 Owensmouth Avenue                   135 East Tugalo Street
8014 Bayberry Road                       Woodland Hills, CA 91367-2216            PO Box 880
Jacksonville, FL 32256-7412                                                       Toccoa, GA 30577-0880


First Premier Bank                       (p)GEORGIA DEPARTMENT OF REVENUE         Golf Trust Realty
Attn: Bankruptcy                         COMPLIANCE DIVISION                      2475 Northwinds Pkwy Suite 200
Po Box 5524                              ARCS BANKRUPTCY                          Alpharetta, GA 30009-4844
Sioux Falls, SD 57117-5524               1800 CENTURY BLVD NE SUITE 9100
                                         ATLANTA GA 30345-3202


IRS                                      (p)LENDMARK FINANCIAL SERVICES           Jordan E. Lubin
401 W. Peachtree St., NW                 2118 USHER ST                            Lubin Law, P.C.
Stop #334-D                              COVINGTON GA 30014-2434                  Building 2
Room 400                                                                          8325 Dunwoody Place
Atlanta, GA 30308                                                                 Atlanta, GA 30350-3307


MED SOC / BVR OF MED ECON                Midland Funding/Midland Credit Mgmt      NELKIN REALITY
24950 Country Club Blvd Ste 200          Attn: Bankruptcy                         POWER PERFORMANCE GOLF
North Olmsted, OH 44070-5351             Po Box 939069                            3160 Buford Hwy NE Apt. B14
                                         San Diego, CA 92193-9069                 Atlanta, GA 30329-3795


Office of the United States Trustee      Oxygen Xl                                (p)PORTFOLIO RECOVERY ASSOCIATES LLC
362 Richard Russell Building             1 Hillcrest Center Dr Suite 314          PO BOX 41067
75 Ted Turner Drive, SW                  Spring Valley, NY 10977-3745             NORFOLK VA 23541-1067
Atlanta, GA 30303-3315


Scott Louis Power                        Synovus                                  Synovus Bank
718 Larspur Blvd                         Attn: Bankruptcy                         1111 Bay Avenue
Acworth, GA 30102-6935                   PO Box 120                               Columbus, GA 31901-5218
                                         Columbus, GA 31902-0120
```

| | | |
|---|---|---|
| Tagfinan<br>1590 N. Roberts Rd Nw<br>Kennesaw, GA 30144-3628 | Taylormade Golf<br>5545 Fermi Court<br>Carlsbad, CA 92008-7324 | Transworld Systems Inc<br>Po Box 15520<br>Wilmington, DE 19850-5520 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | (p)VIVE FINANCIAL  LLC<br>ATTN BANKRUPTCY<br>P O BOX 708670<br>SANDY UT 84070-8639 | Westcreek Fi<br>4951 Lake Brook Dr<br>Glen Allen, VA 23060-9279 |
| Xfinity<br>PO Box 2127<br>Norcross, GA 30091-2127 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Georgia Department of Revenue<br>Compliance Division<br>ARCS Bankruptcy<br>1800 Century BLVD NE Suite 9100<br>Atlanta, GA 30345-3202 | Lendmark<br>2118 Usher St.<br>Covington, GA 30014 | Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy<br>120 Corporate Boulevard<br>Norfolk, VA 23502 |
| Vive Financial<br>Attn: Bankruptcy<br>380 Data Drive, Suite 200<br>Draper, UT 84020 | End of Label Matrix<br>Mailable recipients    36<br>Bypassed recipients     0<br>Total                  36 | |